# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUINSTREET, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 06-495-SLR |
| PARALLEL NETWORKS, LLC, | ) ) ) |
| Defendant. | ) |
| QUINSTREET, INC., | ) |
| Third-Party Plaintiff, | ) ) ) |
| v. | ) ) |
| MICROSOFT CORPORATION, | ) ) |
| Third-Party Defendant. | ) |

**O R D E R**

At Wilmington this 3rd day of November, 2009, having reviewed defendant's motion to dismiss or, in the alternative, to transfer, and the papers filed in connection therewith;

IT IS ORDERED that the motion (D.I. 171) to sever and transfer Microsoft Corporation's declaratory judgment action against Parallel Networks, LLC to the Eastern District of Texas is granted. The motion, insofar as it seeks dismissal, is denied. Although I continue to be amazed by the energy and resources expended on motions to transfer and believe that the way this litigation has unfolded would warrant

jurisdiction in Delaware, nevertheless, under the circumstances presently existing in this court[1] and the undeniable fact that the Eastern District of Texas is an appropriate venue,[2] I conclude that Microsoft's declaratory judgment action should be severed and transferred to the Eastern District of Texas. The indemnity claim of Quinstreet against Microsoft shall be stayed pending further order of the court.

                                                                *[signature]*
                                                      United States District Judge

---

[1] A judicial vacancy for almost three years.

[2] Judge Folsom has pending before him the related Parallel Networks case against Microsoft, has construed the claims of the two patents-in-suit in prior litigation, and has before him an additional Parallel Networks case involving the same two patents.