# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CITRIX SYSTEMS, INC.,<br><br>               Plaintiff,<br><br>   v.<br><br>PARALLEL NETWORKS LICENSING, LLC,<br><br>               Defendant. | **Civil Action No. 1:19-cv-2005-LPS**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff Parallel Networks Licensing, LLC, hereby files this Notice of Supplemental Authority.  On May 1, 2020, the District Court of the Eastern District of Texas issued a Memorandum Opinion and Order in *Parallel Networks Licensing, LLC v. Superior Turnkey Solutions Group, Inc.,* C.A. No. 4:19-cv-00516-ALM, Docket No. 36 (May 1, 2020).  The Memorandum Opinion and Order is attached hereto as Exhibit A.  This subsequent authority is relevant to Defendant's Motion to Dismiss or, in the Alternative, Transfer (D.I. 9), because it holds that the customer-suit exception to the first-to-file rule should not apply and that the Citrix declaratory judgment action here would not resolve the matter before that court.

|  |  |
|---|---|
| Dated: May 4, 2020 | DEVLIN LAW FIRM LLC<br><br>By: */s/ Timothy Devlin*<br>Timothy Devlin<br>tdevlin@devlinlawfirm.com<br>James M. Lennon<br>jlennon@devlinlawfirm.com<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>tdevlin@devlinlawfirm.com<br>Telephone: (302) 449-9010<br>Facsimile: (302) 353-4251<br><br>*Attorneys for Plaintiff Parallel Networks Licensing, LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2020, all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

 /s/ *Timothy Devlin*
Timothy Devlin